# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A., | § § § | CIVIL ACTION NO. 2:16-cv-568 **JURY TRIAL DEMANDED** |
| Plaintiffs, | § § | |
| v. | § § | |
| ZOOM VIDEO COMMUNICATIONS, INC., | § § § | |
| Defendant. | § § | |

## ORDER

The Court has considered the Joint Stipulation of Dismissal by Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A ("Uniloc") and Defendant Zoom Video Communications, Inc. ("Zoom") (Dkt. No. 25) and is of the opinion that the Stipulation should be APPROVED.

Accordingly, it is ORDERED that:

1. Any and all claims and/or counterclaims by Uniloc and Zoom against one another are dismissed with prejudice from the case.

2. Uniloc and Zoom shall each bear their own attorney's fees, expenses and costs.

**So ORDERED and SIGNED this 14th day of February, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE